IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CASE NO.: 5:10-CV-107-RLV-DCK

| | |
|---|---|
| TELESIS COMMUNITY CREDIT UNION, <br><br> Plaintiff, <br><br> v. <br><br> PRAKASH VYAS and FALGUN DHARIA, <br><br> Defendants. | ORDER |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 2) concerning Paul G. Wersant, filed August 10, 2010. Mr. Wersant seeks to appear as counsel *pro hac vice* for Plaintiff Telesis Community Credit Union.

Upon review and consideration of the Motion, which was accompanied by submission of the necessary fee, the Court hereby <u>grants</u> the motion.

In accordance with Rule 83.1(B) of this Court's Local Rules, Mr. Wersant is admitted to appear before this court *pro hac vice* on behalf of Plaintiff Telesis Community Credit Union.

Signed: August 11, 2010

David C. Keesler
United States Magistrate Judge