IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Civil Action No.: 5:10:cv-00107-RLV-DCK

TELESIS COMMUNITY CREDIT UNION, )
)
    Plaintiff, ) **CLERK'S FINAL DEFAULT JUDGMENT**
vs. ) **AGAINST DEFENDANTS**
) **PRAKASH VYAS AND FALGUN DHARIA**
PRAKASH VYAS and FALGUN DHARIA, )
) **[Fed. R. Civ. P. 55 (b) (1)]**
    Defendants. )

This matter being heard before the undersigned Clerk/Deputy Clerk of the United States District Court for the Western District of North Carolina, Statesville Division, upon Plaintiff's Request for Final Default Judgment [Doc 12] it appearing that default was entered against the Defendants, [Doc 8 and 11] that, per its Affidavit, Plaintiff's claim is for a sum certain or sum that can be made certain by computation and that the Defendants are not minors, nor incompetent persons, it is ORDERED and ADJUDGED, per Fed. R. Civ. P. 55 (b) (1), that final judgment is entered against Defendants Prakash Vyas and Falgun Dharia, jointly and severally, for the principal sum of $5,073,935.62, plus interest upon the principal, accruing at the rate of 7.25% from June 1, 2009, the date of last payment, through date of judgment.

Signed: October 20, 2010

_____
Frank G. Johns, Clerk
United States District Court